2014 APR -7 AH 9: 52

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | No. 69247-0-I |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN ERIN CRITCHELL, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: _____ APR - 7 2014 |
| | ) | |

PER CURIAM — Justin Critchell appeals his convictions for third and fourth degree assault, arguing that the trial court erred in instructing the jury that it had a "duty to return a verdict of guilty" if it found all the elements of each offense beyond a reasonable doubt. This argument is controlled by our decision in State v. Ryan P. Moore, No. 69766-8 (Wash. February 18, 2014) and the cases cited therein.

Affirmed.

FOR THE COURT:



Becker, J.

Cox, J.

Spearman, J.